No. 92–7078. GIBSON *v.* GRAMLEY, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–7079. GREEN *v.* DORRELL ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–7082. BLALOCK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–7083. RUEBEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7085. O'KEEFE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7086. MARSHAL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–7087. NAMER *v.* FEDERAL TRADE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 92–7088. LOWERY *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 92–7090. YOUNG *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–7091. BERRY *v.* GRIFFITH ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–7092. SOUTHERLAND *v.* SOUTHERLAND. Ct. App. Ga. Certiorari denied.

No. 92–7093. ARENAS-QUINTERO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7094. BLOCK *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 92–7095. TERRY *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION (AND DIAGNOSTIC AND CLASSIFICATION CENTER) AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 92–7096. REMOI *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.